■ The People of the State of New York, Respondent, v Danny Colon, Appellant. [690 NYS2d 425] —Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered September 24, 1996, convicting defendant, after a jury trial, of attempted assault in the first degree, criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree, and sentencing him to concurrent terms of 3 to 9 years, 3 to 9 years and 2$^1/_3$ to 7 years, respectively, unanimously affirmed.

Defendant's suppression motion was properly denied. The

record supports the court's rejection, as incredible, of defendant's testimonial assertion of standing, an issue upon which defendant bore the burden of proof (*People v Wesley*, 73 NY2d 351, 358-360). Were we to reach any other issues, we would find that the vehicle in question was properly searched pursuant to the automobile exception to the warrant requirement (*see, People v Blasich*, 73 NY2d 673). Concur—Sullivan, J. P., Tom, Wallach, Lerner and Andrias, JJ.